DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HAYDON CAMERON,**
Petitioner,

v.

**JP CHASE MORGAN BANK, N.A.,**
Respondent.

No. 4D20-274

[March 4, 2020]

Petition for writ of certiorari to the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 502013CA009800AXXXMB.

Haydon Cameron, Atlantis, pro se.

No brief filed on behalf of respondent.

PER CURIAM.

Per Florida Rule of Appellate Procedure 9.130(a)(5), we sua sponte treat the petition for writ of certiorari as a notice of appeal from a non-final order and affirm pursuant to Florida Rule of Appellate Procedure 9.315(a).

WARNER, GROSS and MAY, JJ., concur.

\*　　\*　　\*

*Not final until disposition of timely filed motion for rehearing.*